FILED

2020 MAR -2 AM 11: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. **SACR20-00035-JLS** |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [18 U.S.C. § 371: Conspiracy] |
| DAVID LEE PARRISH, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A. <u>GENERAL ALLEGATIONS</u>

At times relevant to this Information:

1. The Church of the Health Self ("CHS") was a Texas non-profit corporation formed by unindicted co-conspirator Individual A on September 11, 2014. Individual A controlled CHS and claimed to be a Pastor for CHS.

2. In November 2018, Individual A named defendant DAVID LEE PARRISH as the Chief Executive Officer and Director of the CHS Trust, the investment arm of CHS.

B. <u>OBJECT OF THE CONSPIRACY</u>

3. Beginning in or about November 2018, and continuing to a date not earlier than February 19, 2019, in Orange County, within the

Central District of California, and elsewhere, defendant PARRISH, together with Individual A and others known and unknown to the United States Attorney, conspired, combined, and agreed to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

C. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

4. The object of the conspiracy was to be accomplished, in substance, as follows:

a. Defendant PARRISH appeared on television and in live seminars at CHS offices in Westminster, California, soliciting investments in CHS Trust. Recordings of these televised appearances were also uploaded to and publicly viewable on YouTube and would be viewable to audiences outside the State of California and the United States.

b. In these appearances, defendant PARRISH made the following claims: (1) that CHS Trust guaranteed an annual rate of return of 12%; (2) that CHS guaranteed return of principal with no risk because the investments were backed by the Federal Deposit Insurance Corporation ("FDIC") and the Securities Investor Protection Program ("SIPC"); (3) that in the past five years the worst return CHS realized was a 1.5% profit for the month of January 2015; (5) that the commodities traders used by CHS had not lost money in 15 years; (6) that CHS was audited by KPMG; and (7) that defendant PARRISH was an experienced Wall Street trader. At the time defendant PARRISH made those statements, he knew the statements were false or misleading. In fact, CHS did not produce a 12% annual return; despite millions of dollars deposited from CHS investors, little investor money went into any trading accounts in 2018. CHS Asset

Management was not formed until 2017, thus the statements regarding the investment performance over the past five years and fifteen years were misleading. CHS was not audited by KPMG. Defendant PARRISH was not an experienced Wall Street trader.

   c. Defendant PARRISH also knowingly and intentionally failed to disclose during such appearances that K.W. was convicted of wire fraud in connection with an investment fraud scheme in 2011 and was in prison until 2014. Defendant PARRISH also knew and failed to disclose that K.W. was permanently banned from the commodities industry by the Commodity Futures Trading Commission.

D. <u>OVERT ACT</u>

  5. In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendant and his co-conspirators committed many overt acts, including on or about February 19, 2019, when defendant PARRISH appeared on a local Vietnamese-language television channel in Orange County, during which he identified himself as the Director of CHS Trust, and in which defendant PARRISH knowingly and intentionally made the following false and misleading statements, among others, that: (1) CHS Trust offered a 12% guaranteed return on investments, (2) the worst month in the last five years was 1.5% return in January 2015, and (3) investors would receive a 100% principal return with zero risk because the funds were

////
////
////
////
////
////

3

backed by the FDIC and SIPC. Defendant PARRISH invited viewers to attend a seminar at CHS offices in Westminster, California.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney